plaintiff's contributory negligence it might well be, in the absence of proof to the contrary, that defendant's automobile came around the corner of Eightieth street into Roosevelt avenue, in which case plaintiff would not have seen the automobile on Eightieth street when she looked. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

Tillie Fireman, Respondent, v. Mannis Bernstein and Others, Appellants.— Motion to reduce undertaking denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

Ruth Glasser, Respondent, v. Abraham Glasser, Appellant.— Motion for stay granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

Charlotte Waterman Hillyer, Respondent, v. Haywood Hansell Hillyer, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Motion to vacate stay granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Petition of Ida Ashner to Render and Settle Her Account as Executrix of Sigmund Ashner, Deceased. Ida Ashner, Individually and as Executrix, etc., of Sigmund Ashner, Deceased, Appellant; Emily Halle Summerfield and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

In the Matter of Acquiring Title by the County of Nassau to an Easement in Perpetuity for Parkway Purposes in and over Certain Portions of Southern State Parkway No. 81 at Valley Stream, in the Town of Hempstead, County of Nassau and State of New York, etc. C. G. & K. Holding Corporation, Appellant; County of Nassau, Respondent.— Motion for reargument denied, with ten dollars costs. Lazansky, P. J., Kapper, Carswell and Scudder, JJ., concur; Hagarty, J., dissents.

In the Matter of the Application of Antonio De Falco, Respondent, against William E. Walsh and Others, etc., Defendants, and Joseph Zorn, Intervening Appellant.— The decision of this court handed down on January 16, 1931,* is hereby amended to read as follows: Motion for leave to appeal to the Court of Appeals denied. Motion for reargument denied. It should be understood that the affirmance is intended to be without prejudice to an application to the board of standards and appeals for a variance if so advised. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Petition of Edna Klyde, Appellant, to Prove the Last Will and Testament of Charles Klyde, Late of the County of Kings, Deceased. Edward Vogel, as Special Guardian of Renee Klyde, an Infant, etc., Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Application of The Mantrose Corporation, Respondent, for an Order Directing that Charles Charcowsky, Appellant, Proceed to Arbitrate a Certain Controversy between Said Petitioner and Said Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal

---

* See *ante,* p. ——.— [Rep.